## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## SOUTHERN DIVISION AT PIKEVILLE
## CRIMINAL MINUTES-REARRAIGNMENT AND PLEA

Eastern District of Kentucky
F I L E D

| | | |
|---|---|---|
| Case No. **7:09-CR-14-01-GFVT** | At: **LONDON** | Date: **March 19, 2009** |

AT LONDON
LESLIE G. WHITMER
CLERK U.S. DISTRICT COURT

**U.S.A. vs Kimberly Hall**     __X__ present ___ custody __X__ OR     AGE **23**

**DOCKET ENTRY: Defendant** having appeared with counsel for waiver of indictment and filing of Information and the court being advised that the Defendant wishes to enter a plea, proceedings were held as noted herein. The Defendant having executed a Waiver of Indictment in open court and having made sufficient findings on the record, the Court finds the Defendant to be fully competent and capable of entering an informed plea. Further, the plea of guilty is a knowing and voluntary plea which is supported by an independent basis in fact containing the essential elements of the offense charged. Therefore, the plea is accepted and the Defendant is adjudged guilty of the offense charged in Count 1 of the Information. The United States indicated that it will move to dismiss the underlying Indictment (7:07-cr-34-SS-GFV) as to this Defendant at the time of sentencing.

**PRESENT:**

HON. _____, **U.S. DISTRICT JUDGE**
           **GREGORY F. VAN TATENHOVE**

| **Jackie Brock** | **Sandy Wilder** | **Roger West** |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Assistant U.S. Attorney** |

**Counsel for Deft: Joseph R. Lane**   __X__ **present** __X__ **retained** __appointed**

**PROCEEDINGS: WAIVER OF INDICTMENT, FILING OF INFORMATION & GUILTY PLEA**

__X__   Waiver of Indictment filed in open court;  __X__ Information filed in open court

__X__   Copy of Information given to defendant.

__X__   Defendant states true name is **Kimberly Hall.**

__X__   Defendant formally arraigned and advised of rights, pursuant to Rule 11, F.R.Cr.P.

___   Defendant waives reading of Indictment-Information  __X__ Information read.

__X__   Defendant waives her right to a trial by jury.

__X__   Defendant pleads __X__ Guilty to Count **1 of the Information**

__X__   PROPOSED PLEA AGREEMENT with SEALED SUPPLEMENT submitted and conditionally accepted by the Court. Plea agreement shall be tendered into the record to be signed at the time of sentencing.

__X__   Court orders Presentence Report, with copies to be furnished to counsel and defendant, pursuant to Rule 32, F.R.Cr.P.

__X__   Case continued until **July 8, 2009, at 1:30 p.m.,** at London, Kentucky for sentencing, subject to intervening orders of the Court.

__X__   **Defendant to** remain on bond and conditions of release previously imposed.

Copies: COR, USP, USM

TIC: 32 min