UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

Eastern District of Kentucky
**FILED**

MAR 19 2009

AT LONDON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

CRIMINAL ACTION NO. 09-14-GFVT

UNITED STATES OF AMERICA            PLAINTIFF

V.        **WAIVER OF INDICTMENT**

KIMBERLY HALL            DEFENDANT

\* \* \* \* \*

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

_Kimberly Hall_
Kimberly Hall
Defendant

_Ned Pillersdorf_
Ned Pillersdorf
Attorney for Defendant

Before: _[signature]_
GREGORY F. VAN TATENHOVE, JUDGE

Date: 3-19-2009