UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE

Eastern District of Kentucky
**FILED**

JUL 0 8 2009

AT LONDON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

CRIMINAL ACTION NO. 7:09-CR-14-GFVT

UNITED STATES OF AMERICA                              PLAINTIFF

VS.             **COURT'S ADVICE OF RIGHT TO APPEAL**

KIMBERLY HALL                                         DEFENDANT

\*\* \*\* \*\* \*\* \*\* \*\*

You are notified by this Court that you have a right to appeal your case to the Sixth Circuit Court of Appeals, which on proper appeal will review this case and determine that there has or has not been error of law. However, a defendant may waive those rights as part of a plea agreement, and you have entered into a plea agreement which waives some or all of your rights to appeal the conviction. Such waivers are generally enforceable, but if you believe the waiver is unenforceable, you can present that theory to the appellate court.

If you do not have sufficient money to pay for the appeal, you have a right to apply for leave to appeal <u>in forma pauperis</u>, which means you may appeal without paying for it. If you are without the services of an attorney and desire to appeal and so request, the Clerk of this Court shall prepare and file forthwith a notice of appeal on your behalf. With few exceptions, this notice of appeal must be filed within ten (10) days from the date of entry of this judgment.

If you do not have sufficient funds to employ an attorney, the Court of Appeals may appoint your present attorney or another to prosecute the appeal for you.

You may request to be released on a reasonable bond pending the appeal.

**ACKNOWLEDGMENT**

The above statement has been furnished to me this the 8th day of July, 2009.

_Kimberly Hall_
DEFENDANT

_Joseph Lane_
Attorney for Defendant

Witness:
_Rebecca Christian_
Deputy Clerk