UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE
CRIMINAL MINUTES - SENTENCING

Eastern District of Kentucky
**FILED**
JUL 09 2009
AT LONDON
LESLIE G WHITMER
CLERK U.S. DISTRICT COURT

Case No. __7:09-CR-14-01 -GFVT__     At: __London__     Date: __July 8, 2009__

USA vs __Kimberly Hall__     _X_ present   ____ custody   ____ bond   _X_ OR     AGE __23__

**DOCKET ENTRY:** The Court adopts and accepts the Findings contained in the Presentence Report, including the guideline calculations. The Court finds that the Court's acceptance of the parties' plea agreement does not undermine the statutory purposes of sentencing or the sentencing guidelines. Also, the Court finds that the charge adequately reflects the seriousness of the actual offense and that the sentence is sufficient, but not greater than necessary, to comply with the purpose of 18 U.S.C. 3553(a). The United States' oral motion to dismiss the underlying indictments 7:07-CR-34-08, 7:07-CR-34-08-S and 7:07-CR-34-08-SS is GRANTED. The United States' oral motion for Third Level Reduction for acceptance of responsibility is GRANTED. The portion of the transcript containing the bench conference held during this hearing is ORDERED sealed and if transcribed, will be filed under SEAL. SEALED MOTION [Record No. 7] is GRANTED for reasons as stated on the record. The plea agreement shall be maintained in the record UNDER SEAL.

**PRESENT:**   HON. _____, JUDGE
GREGORY F. VAN TATENHOVE

__Rebecca Christian__       __Sandy Wilder__       __Roger West__
Deputy Clerk             Court Reporter        Assistant U.S. Attorney

**Counsel for Defendant:** __Joseph Lane__     _X_ present   _X_ retained   ____ appointed

**PROCEEDINGS: SENTENCING**

_X_   Objections to Presentence Report OVERRULED for reasons as stated on the record.

____   No objections to Presentence Report.

__   The Court Reporter shall transcribe the proceeding of the hearing on the Objections to the Presentence Report and file same in the record.

_X_   The transcript shall be deemed as the written findings of the Court.

_X_   Court's Advice of Right to Appeal provided to defendant.

_X_   Judgment shall be entered (See Judgment & Commitment.)

_X_   Defendant is released consistent with the terms of the Judgment entered contemporaneously herewith.

__   Defendant remanded to the custody of the United States Marshal for reasons as stated on the record.

Copies: COR, USP, USM

TIC: 52 min.