Probation Form No. 35
(1/92)

Eastern District of Kentucky
**FILED**
NOV 15 2010
AT LONDON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF KENTUCKY

UNITED STATES OF AMERICA

V.                                                                Crim. No. 7:09-CR-14-GFVT-1

Kimberly Hall

On July 8, 2009 the above-named was placed on Supervised Release for a period of three (3) years. She has complied with the rules and regulations of Supervised Release and is no longer in need of Supervised Release. It is accordingly recommended that Kimberly Hall be discharged from Supervised Release.

Respectfully submitted,

Chad Hall
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Dated this ___15th___ day of ___November___, 20 __10__.

Honorable Gregory F. Van Tatenhove
United States District Judge