UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT PIKEVILLE

**Eastern District of Kentucky**
**F I L E D**

FEB 0 8 2011

AT LEXINGTON
LESLIE G. WHITMER
CLERK U.S. DISTRICT COURT

CRIMINAL ACTION NO. 7:09-cr-14-ART

UNITED STATES OF AMERICA                          PLAINTIFF

VS.                          RECEIPT FOR PLEA AGREEMENT

KIMBERLY HALL                          DEFENDANT

\*\*\*\*\*\*\*\*\*\*\*\*\*

I hereby acknowledge receipt of the Plea Agreement of Kimberly Hall, filed into the record on

July 8, 2009, at [Record Number 9].  Returned pursuant to the Order entered on, March 23, 2009,

at [Record No. 2].

Date: _____2/8/11_____

United States Attorney's Office
Lexington, Kentucky

---

Please sign and return to the Clerk's Office within seven (7) days.

